No. 9560.   STATE OF MONTANA ex rel. ARCHIE HAY-DEN and LUCY HAYDEN, Relators, v. DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF BEAVERHEAD, HON. PHILIP C. DUNCAN, Judge thereof, and HON. WILLIAM R. TAYLOR, Judge presiding, Respondents.

284 Pac. (2d) 680.

Decided June 2, 1955.

*Collins & Burns,* Dillon, for Relator.

Per Curiam.

The application for the writ herein is denied and the proceeding ordered dismissed without prejudice.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANGSTMAN, ANDERSON and DAVIS, concur.

MR. JUSTICE BOTTOMLY:

In my opinion the writ should issue.